UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> VINCENT P. IANNAZZO and MILTON P. STANSON, <br><br> Defendants. | ECF Case <br><br> No. 04-CV-02989 (MBM) |

**NOTICE OF SECURITIES AND EXCHANGE COMMISSION'S UNOPPOSED MOTION TO WITHDRAW OBJECTION TO THE TESTIMONY OF DR. JAMES T. RICHARDSON, AND TO INCLUDE DR. RICHARDSON AS A WITNESS AT TRIAL**

PLEASE TAKE NOTICE that the plaintiff, Securities and Exchange Commission, will move before the Court, at such time and place as the Court sets, for an order granting its motion to withdraw its objection to the testimony and expert report of Dr. James T. Richardson, and allowing the SEC to call Dr. Richardson as a witness at trial.

_____
Donald N. Dowie (DD3576)
Alan Lieberman
Nicole Elver
Securities and Exchange Commission
100 F Street NE
Mail Stop 4631
(202) 551-4471 (Dowie)
(202) 772-9245
Counsel for Plaintiff